UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D., ) | NO.  1:06-CV-01299-AWI-LJO |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | **SEALING EXHIBITS H - N** |
| SIERRA KINGS HEALTH CARE ) DISTRICT, a California public Hospital ) District dba SIERRA KINGS DISTRICT ) HOSPITAL; CARROLL FRIEND; ) KATHLEEN OMACHI, and BARRY ) WARMERDAM, ) ) Defendants. ) _____ ) | Date:       January 29, 2007 Time:       1:30 p.m. Judge:      Honorable Anthony W. Ishii Dept.:      2 |

### ORDER

Based upon defendants' ex parte motion to seal Exhibits H - N filed in support of defendants' Motion to Dismiss pursuant to FRCP, Rule 12(b)(6), and good cause appearing, it is hereby ordered that Exhibits H through N, inclusive, identified above, be ordered filed under seal.

IT IS SO ORDERED.

**Dated:   December 15, 2006**          /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE