1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT FOR THE

8             EASTERN DISTRICT OF CALIFORNIA

9

10   ROBERT JABLONSKY, MD,          )   CV F 06-1299  AWI LJO
                                    )
11            Plaintiff,            )
                                    )   AMENDMENT TO COURT'S
12   v.                             )   ORDER ON DEFENDANTS'
                                    )   MOTION TO DISMISS AND
13   SIERRA KINGS HEALTH CARE       )   MOTION TO STRIKE
     DISTRICT, a California public Hospital  )
14   District dba SIERRA KINGS DISTRICT )
     HOSPITAL, CARROLL FRIEND,      )
15   KATHLEEN OMACHI, and BARRY     )   Documents # 5, and # 11
     WARMERDAM,                     )
16                                  )
              Defendants.           )
17   _____ )

18

19

20        On March 2, 2007, the court issued a memorandum opinion and order granting

21   Defendants' motion to dismiss the complaint in its entirety with leave to amend.  The court

22   hereby ORDERS that Plaintiff shall file and serve any amended complaint within twenty (20)

23   court days of the date of service of this order.

24

25   IT IS SO ORDERED.

26   Dated:    March 5, 2007              /s/ Anthony W. Ishii
     h2ehf                          UNITED STATES DISTRICT JUDGE
27

28