Carlo Coppo, Esq./CSB No. 34426
Michael R. Popcke, Esq./CSB No. 122215
Srinivas M. Hanumadass, Esq./CSB No. 228547
**DiCARO, COPPO & POPCKE**
1959 Palomar Oaks Way, Suite 300
Carlsbad, California 92011-1310
(760) 918-0500 (Telephone)
(760) 918-0008 (Facsimile)

Attorneys for Defendants SIERRA KINGS HEALTH CARE DISTRICT, dba SIERRA KINGS DISTRICT HOSPITAL; CARROLL FRIEND; KATHLEEN OMACHI, and BARRY WARMERDAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D., | NO. 1:06-CV-01299-AWI-NEW (TAG) |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF's FIRST AMENDED COMPLAINT |
| v. | |
| SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL; CARROLL FRIEND; KATHLEEN OMACHI, and BARRY WARMERDAM, | Judge:    Hon. Anthony W. Ishii<br>Dept.:    2 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff Robert Jablonsky, M.D. ("Dr. Jablonsky") through his attorney of record, Willaim S. Romaine, and Defendants Sierra Kings Health Care District dba Sierra Kings District Hospital, Carroll Friend, Kathleen Omachi and Barry Warmerdam (collectively "Sierra Kings"), through their attorneys of record, DiCaro, Coppo & Popcke, as follows:

Sierra Kings' time to respond to Dr. Jablonsky's First Amended Complaint shall be extended to and include the date of **MARCH 30, 2007.**

///

///

///

1

STIPULATION RE: EXT OF TIME TO FILE RESPONSIVE PLEADING

**IT IS SO STIPULATED.**

DATED:      March 6, 2006            LAW OFFICE OF WILLIAM A. ROMAINE

                                     By:    s/William Romaine
                                            WILLIAM A. ROMAINE, ESQ.
                                            Attorney for Plaintiff
                                            ROBERT JABLONSKY, M.D.


DATED:      March 6, 2007            DiCARO, COPPO & POPCKE


                                     By:    s/Carlo Coppo
                                            CARLO COPPO, ESQ.
                                            MICHAEL R. POPCKE, ESQ.
                                            SRINIVAS M. HANUMADASS, ESQ.
                                            Attorneys for Defendants
                                            SIERRA KINGS HEALTH CARE DISTRICT,
                                            dba SIERRA KINGS DISTRICT HOSPITAL;
                                            CARROLL FRIEND; KATHLEEN OMACHI;
                                            and BARRY WARMERDAM

**ORDER**

IT IS SO ORDERED.

**Dated:    March 8, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE