1 William A. Romaine # 126966
Law Office of William A. Romaine
2 1200 South Woodland Street, Suite A
Visalia, California 93277-4212
3
(559) 635 3040 (Telephone)
4 (559) 635 3044 (Telecopier)

5
Attorneys for Plaintiff
6



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Robert Jablonsky, MD,<br>    Plaintiff,<br><br>vs.<br><br>Sierra Kings Health Care District, a California public Hospital District dba Sierra Kings District Hospital, Carroll Friend, Kathleen Omachi, and Barry Warmerdam,,<br>    Defendants. | CASE NUMBER: 1:06-cv-01299-AWI<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date: June 25, 2007<br>Time: 1:30 PM<br>Judge: Hon. Anthony W. Ishii<br>Courtroom: 2 |
|---|---|

BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, THE PARTIES HERETO do hereby stipulate that because the date currently set for hearing of this motion conflicts with a trial date set for counsel for plaintiff in the Superior Court of California, County of Fresno, in an unrelated matter, the parties have agreed that the hearing of defendants' Motion to Dismiss Plaintiff's First Amended Complaint, currently scheduled to be heard in Courtroom 2 of the above-entitled court on June 11, 2007 at 1:30 P.M., may be continued until June 25, 2007 at 1:30 P.M in Courtroom 2 of the above-entitled court.

1  It is so stipulated.

2

3  Dated: May 29, 2007                LAW OFFICE OF WILLIAM A. ROMAINE

4

5
           _____/s/_____
6          WILLIAM A. ROMAINE,
           Attorney for Plaintiff
7

8  Dated: May 29, 2007                DICARRO, COPPO, & POPCKE

9

10
           _____/s/_____
11         by: Srinivas M. Hanumadass,
           Attorneys for Defendants.
12

13
                              ORDER
14
       Upon the stipulation of the parties and good cause appearing therefor, IT IS
15  HEREBY ORDERED that the hearing on defendants' Motion to Dismiss Plaintiff's
    First Amended Complaint, currently scheduled to be heard in Courtroom 2 of the
16  above-entitled court on June 11, 2007 at 1:30 P.M. be and is hereby continued until
    June 25, 2007 at 1:30 P.M in Courtroom 2 of the above-entitled court
17

18  Dated: ____6-5-07_____

19
                                      _____
20                                    United States District Judge.

21  ///

22  ///

23  ///

24

25

26

27

28

LAW OFFICE OF
WILLIAM A. ROMAINE
1200 SOUTH WOODLAND STREET # A
VISALIA, CALIFORNIA 93277-4212

Stipulation and order to continue hearing.wpd                              -2-