IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, MD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL, CARROLL FRIEND, KATHLEEN OMACHI, and BARRY WARMERDAM,<br><br>　　　　　Defendants. | CV F 06-1299  AWI LJO<br><br>ORDER VACATING HEARING DATE OF JUNE 25, 2007, AND TAKING MATTER UNDER SUBMISSION |

　　　This is a civil rights action pursuant to 42 U.S.C., section 1983 brought by plaintiff Dr. Robert Jablonsky, MD ("Plaintiff") against defendants Sierra Kings Healthcare District, et al. ("Defendants") for damages resulting from the alleged wrongful revocation of Plaintiff's medical staff privileges. Defendants have noticed a motion to dismiss Plaintiff's First Amended Complaint. The matter was scheduled for oral argument to be held June 25, 2007. The court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 25, 2007, is VACATED, and no party shall appear at that time.  As of June 25, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     June 22, 2007**                              /s/ Anthony W. Ishii
                                                                      UNITED STATES DISTRICT JUDGE