IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, MD,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL, CARROLL FRIEND, KATHLEEN OMACHI, and BARRY WARMERDAM,<br><br>Defendants. | CV F 06-1299  AWI LJO<br><br>ORDER GRANTING STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS<br><br>Doc. # 35 |

　　　This is a civil rights action pursuant to 42 U.S.C., section 1983 brought by plaintiff Dr. Robert Jablonsky, MD ("Plaintiff") against defendants Sierra Kings Healthcare District ("Sierra Kings") and individual defendants Carroll Friend, Kathleen Omachi, and Barry Warmerdam (the "individual Defendants") for damages resulting from the alleged wrongful revocation of Plaintiff's medical staff privileges.  The currently operative pleading is the First Amended Complaint ("FAC"), filed on March 5, 2007.  Both Sierra Kings and the individual Defendants have noticed a motion to dismiss Plaintiff's First Amended Complaint.

　　　On June 28, 2007, the parties stipulated to dismiss the FAC individual Defendants only. While the court makes no determination at this time as to the disposition of the motion to

dismiss, the court recognizes the stipulated dismissal of the individual Defendants moots the pending motion to dismiss to the extent the motion to dismiss incorporates arguments of absolute and qualified immunity by the individual Defendants.

THEREFORE, consistent with the stipulation of the parties to this action, the First Amended Complaint is hereby DISMISSED with prejudice as to the individual Defendants only. All fees and costs incurred by any individual Defendant party shall remain the obligation of the party incurring such fees or costs.

IT IS SO ORDERED.

Dated:     **June 28, 2007**                             /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE