1
2
3
4
5          **IN THE UNITED STATES DISTRICT COURT FOR THE**
6                **EASTERN DISTRICT OF CALIFORNIA**
7
8    ROBERT JABLONSKY, M.D.,                )   No. 06-cv-1299 AWI GSA
                                            )
9                                           )   ORDER TO SHOW CAUSE WHY SANCTIONS
                                            )   SHOULD NOT BE IMPOSED ON PLAINTIFF
                    Plaintiff,              )   OR HIS ATTORNEY FOR FAILURE TO
10                                          )   COMPLY WITH THE COURT'S SCHEDULING
                                            )   ORDERS AND FAILURE TO APPEAR AT THE
11       v.                                 )   SCHEDULING CONFERENCES
                                            )   (Docket Entries 4, 38, 41, 44)
12                                          )
                                            )   ORDER SETTING ORDER TO SHOW
13   SIERRA KINGS HEALTH CARE               )   CAUSE HEARING AND DIRECTING
     DISTRICT, et al.,                      )   PLAINTIFF'S ATTORNEY TO APPEAR
14                                          )   IN PERSON AT THE HEARING
                                            )
15                  Defendants.             )   ORDER RESETTING THE SCHEDULING
                                            )   CONFERENCE, REQUIRING THE FILING OF
16                                          )   A JOINT SCHEDULING REPORT AT LEAST
                                            )   ONE WEEK BEFORE THE SCHEDULING
17                                          )   CONFERENCE, AND DIRECTING
                                            )   PLAINTIFF'S  ATTORNEY TO APPEAR IN
18                                          )   PERSON AT THE CONFERENCE
                                            )
19   _____ )         Order to Show Cause Hearing:
                                                11/30/2007 at 9:30 a.m. - GSA, Courtroom 10
20
21                                              Scheduling Conference:
                                                11/30/2007 at 9:30 a.m. - GSA, Courtroom 10
22
23        In September 2007, Plaintiff Robert Jablonsky, M.D. ("Plaintiff"), represented by attorney

24   William A. Romaine ("Mr. Romaine"), filed a civil rights complaint, 42 U.S.C. § 1983, which he

25   amended per Court order on March 5, 2007, alleging that the individuals who comprised the Board

26   of Governors of the Sierra Kings Health Care District deprived him of his constitutional rights when

27   they determined that he no longer was fit to be a staff member of, and removed him from, the Sierra

28   Kings District Hospital.  (Docs. 1, 18, 19).

                                              1

On September 19, 2006, this Court issued, <u>inter alia</u>, an Order Setting Mandatory Scheduling Conference, which required the parties to confer and prepare, pursuant to Federal Rule of Civil Procedure 26(f), a joint scheduling report, which they were directed to file one week before the Scheduling Conference. (Doc. 4).   The Scheduling Conference ultimately was reset for August 10, 2007. (Doc. 18; <u>see</u> Entries 23, 29, 37, 38).   The resetting of the initial Scheduling Conference had no impact on the requirement that the parties submit a joint scheduling report one week before the Scheduling Conference.  (<u>See</u> Entry 23).

On May 30, 2007, the parties filed a Joint Scheduling Report, upon which the Magistrate Judge relied at the August 10, 2007 Scheduling Conference. (Doc. 28; <u>see</u> Entry 41).  Mr. Romaine failed to appear, either personally or telephonically, at the August 10, 2007 proceedings and the Court was unable to conduct a meaningful conference in his absence.  (<u>See</u> Entry 41).   The Magistrate Judge, therefore, ordered the parties to filed an updated joint scheduling report no later than August 24, 2007, set a further Scheduling Conference for September 5, 2007 and ordered counsel for the parties to appear at the September 5, 2007 proceedings.  (<u>See</u> Entry 41).

On August 24, 2007, Defendants' counsel filed an Amended Scheduling Report, in which he reported that although he had submitted the proposed amended report to Mr. Romaine, the latter had not signed or responded to the proposed "joint" report. (Doc. 43, p. 7).  The Magistrate Judge proceeded with the September 5, 2007 Scheduling Conference, and again, Mr. Romaine failed to appear, either in person or telephonically at the Scheduling Conference.  (<u>See</u> Entry 44).  As reflected in the Court's minutes of the September 5, 2007 proceedings: "This is the second time that Plaintiff's attorney has failed to appear at the Scheduling Conference in this case. " (<u>See</u> Entry 44).

This Court's Local Rule 11-110 provides that "[f]ailure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  District courts have inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." <u>Thompson v. Housing Authority of City of Los Angeles</u>, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action, with prejudice,

based on a party's failure to obey a court order or local rules, especially when the court has given the party "abundant opportunity and incentive" to comply with the order.  See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-1261 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Carey v. King, 856 F.2d 1439, 1440-1441 (9th Cir. 1988) (dismissal without prejudice for failure to comply with local rule requiring pro se plaintiffs to keep court apprised of address); Malone v. U.S. Postal Service., 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with court order); Thompson v. Housing Authority of City of Los Angeles, 782 F.2d at 832 (dismissal for failure to prepare for pretrial conference despite grants of extensions of time); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

In light of Mr. Romaine's continued failure to comply with this Court's orders regarding his participation in the preparation and filing of a joint scheduling report, and his attendance at the mandatory Scheduling Conferences,

IT IS HEREBY ORDERED THAT:

1.   Plaintiff, Robert Jablonsky, M.D., and his attorney, William Anthony Romaine are ORDERED to SHOW CAUSE, in writing, on or before November 9, 2007, why sanctions, including dismissal of this action, should not be imposed due to their failure to comply with this Court's scheduling orders and minute orders , specifically, why sanctions should not be imposed on either or both of them for Mr. Romaine's failure to participate in the preparation of a joint scheduling report and his failure to appear at the Scheduling Conferences in this action;

2.  It is FURTHER ORDERED that an Order to Show Cause Hearing is set for November 30, 2007, at 9:30 a.m. before the Honorable Gary S. Austin, United States Magistrate Judge, in Courtroom 10 of the United States District Court at 2500 Tulare Street, Fresno, California, and that Mr. Romaine SHALL APPEAR PERSONALLY at the Order to Show Cause Hearing and explain why sanctions should not be imposed, and this action should not be dismissed, pursuant to Local Rule 11-110, for failure to comply with the Court's orders (Doc. 4, Entries 23, 37, 38, 41).

1    3.   The Scheduling Conference is RESET to November 30, 2007 at 9:30 a.m.,  immediately

2  following the conclusion of the Order to Show Cause hearing, before Judge Austin.  Mr. Romaine is

3  ORDERED to CONFER WITH OPPOSING COUNSEL to prepare and file a joint scheduling report

4  at least one week before the date of the Scheduling Conference.  Mr. Romaine is further ORDERED

5  TO APPEAR IN PERSON at the Scheduling Conference.

6    **PLAINTIFF AND HIS COUNSEL ARE WARNED THAT FAILURE TO COMPLY**

7  **WITH THIS ORDER MAY RESULT IN A RECOMMENDATION TO DISMISS THIS**

8  **ACTION.**

9

10  IT IS SO ORDERED.

11  Dated:  __October 24, 2007__                                __/s/ Theresa A. Goldner__
                                                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4