IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D., ) | 1:06-cv-01299 AWI GSA |
| ) | |
| ) | ORDER DISCHARGING |
| ) | TO SHOW CAUSE |
| Plaintiff, ) | (Document 46) |
| ) | |
| v. ) | |
| ) | |
| SIERRA KINGS HEALTH CARE ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

    In September 2006, Plaintiff Robert Jablonsky, M.D., filed a civil rights complaint against the Sierra Kings Health Care District.  On October 24, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling orders and failure to appear at the scheduling conferences.

    On October 25, 2007, Plaintiff filed a response to the order to show cause explaining his failure to participate in the preparation of an amended (updated) joint scheduling report and his failure to participate in the scheduling conferences.  On November 30, 2007, Plaintiff appeared at a hearing on the Order to Show Cause.  Following the hearing on the Order to Show Cause, the parties participated in a joint scheduling conference in this matter.

1

1   Accordingly, the order to show cause is DISCHARGED.

2   IT IS SO ORDERED.

3   **Dated:**   **December 3, 2007**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2