# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JABLONSKY, M.D., | ) | 06-cv-1299 AWI GSA |
| | ) | |
| Plaintiff, | ) | **AMENDED SCHEDULING CONFERENCE ORDER** |
| v. | ) | |
| SIERRA KINGS HEALTH CARE DISTRICT, | ) | |
| Defendant. | ) | |

On December 10, 2008, the parties filed two stipulations to amend various dates in this case. The court has reviewed these stipulations and has determined that good cause exists for the amendments. However, the parties are advised that due to the numerous continuances already given in this case, any future requests for continuances will be looked upon with disfavor. Absent a showing of good cause, future continuances will not be granted. The new deadlines are outlined as follows :

Non-Expert Discovery: February 2, 2009
Expert Discovery: May 15, 2009
Settlement Conference: March 10, 2009 at 10:30 am (before Judge Austin)
Non-Dispositive Motions Filing Deadline: May 30, 2009
Dispositive Motions Filing Deadline: June 12, 2009
Pretrial Conference: August 12, 2009 at 8:30 am ( before Judge Ishii)
Trial: October 6, 2009 at 8:30 am (before Judge Ishii)

1  The parties shall be notify the court immediately if they are not able to comply with these
2  amended dates.

3

4  **IT IS SO ORDERED**.

5

6  Dated: December 16, 2008                                      **/s/ Gary S. Austin**
                                                                United States Magistrate Judge