Carlo Coppo, Esq./CSB No. 34426
Michael R. Popcke, Esq./CSB No. 122215
Lori S. Varaich, Esq./CSB No. 243058
**DiCARO, COPPO & POPCKE**
2780 Gateway Road
Carlsbad, California 92009-1730
(760) 918-0500 (Telephone)
(760) 918-0008 (Facsimile)

Attorneys for Defendants SIERRA KINGS HEALTH CARE DISTRICT,
dba SIERRA KINGS DISTRICT HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL,<br><br>    Defendants. | NO.   1:06-CV-01299-AWI-GSA<br><br>**STIPULATION & ORDER TO CONTINUE TRIAL AND RELATED DATES**<br><br>[E.D. Cal. L.R. 83-143]<br><br>**Judge:**          Hon. Anthony W. Ishii<br>**Magistrate Judge:** Hon. Gary S. Austin<br>**Dept.:**          8<br>**Complaint Filed:** September 11, 2006 |

IT IS HEREBY STIPULATED by and between the Plaintiff Robert Jablonsky, M.D. ("Dr. Jablonsky") through his attorney of record, William S. Romaine, and Defendants Sierra Kings Health Care District dba Sierra Kings District Hospital ("SKDH"), through their attorneys of record, DiCaro, Coppo & Popcke, as follows:

Trial in this matter shall be continued from July 14, 2009 to October 6, 2009 at 8:30 a.m. in Courtroom 2 (AWI), 8th Floor.

The Pre-Trial Conference shall be continued from May 21, 2009 to August 12, 2009 at 8:30 a.m. in Courtroom 2 (AWI), 8th Floor.

///

///

///

Stipulation of Parties to Continue Trial and Related Dates & Proposed Order

The parties hereto agree and stipulate that good cause exists for said request for continuance. First, the parties have not yet completed preliminary discovery matters. Defendants, SKDH, are still awaiting responses to discovery requests, as well as information that is required to be disclosed pursuant to Fed Rule Civ Proc 26. Second, Defense counsel, Carlo Coppo, has a conflict with his schedule due to a family vacation in Indonesia from July 10, 2009 through July 24, 2009. Plaintiff and his counsel have been informed about the scheduling conflict and have agreed to allow this matter to be continued in order to allow Mr. Coppo to attend his family vacation.

**IT IS SO STIPULATED.**

DATED:   December 4, 2008          LAW OFFICE OF WILLIAM A. ROMAINE

                                   By:   s/William Romaine
                                         WILLIAM A. ROMAINE, ESQ.
                                         Attorney for Plaintiff
                                         ROBERT JABLONSKY, M.D.

DATED:   December 4, 2008          DiCARO, COPPO & POPCKE


                                   By:   s/Carlo Coppo
                                         CARLO COPPO, ESQ.
                                         MICHAEL R. POPCKE, ESQ.
                                         LORI S. VARAICH, ESQ.
                                         Attorneys for Defendants
                                         SIERRA KINGS HEALTH CARE DISTRICT,
                                         dba SIERRA KINGS DISTRICT HOSPITAL

**ORDER**

IT IS SO ORDERED.

**Dated:   December 13, 2008**               **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE