Carlo Coppo, Esq./CSB No. 34426
Michael R. Popcke, Esq./CSB No. 122215
Lori S. Varaich, Esq./CSB No. 243058
**DiCARO, COPPO & POPCKE**
2780 Gateway Road
Carlsbad, California 92009-1730
(760) 918-0500 (Telephone)
(760) 918-0008 (Facsimile)

Attorneys for Defendants SIERRA KINGS HEALTH CARE DISTRICT,
dba SIERRA KINGS DISTRICT HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D., | NO. 1:06-CV-01299-AWI-GSA |
| Plaintiff, | **STIPULATION & ORDER TO EXTEND TIME FOR DISCOVERY** |
| v. | Judge: Hon. Anthony W. Ishii |
| SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL, | Magistrate Judge: Hon. Gary S. Austin<br>Dept.: 8<br>Complaint Filed: September 11, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff Robert Jablonsky, M.D. ("Dr. Jablonsky") through his attorney of record, William S. Romaine, and Defendants Sierra Kings Health Care District dba Sierra Kings District Hospital ("SKDH"), through their attorneys of record, DiCaro, Coppo & Popcke, as follows:

To extend the discovery deadline for non-expert discovery in this matter from February 2, 2009 to April 6, 2009.

To extend the discovery deadline for expert discovery in this matter from May 15, 2009 to May 25, 2009.

///

///

///

1 | The parties hereto agree and stipulate that good cause exists for said request for extension of the discovery deadlines because the parties have not yet completed preliminary discovery matter. Specifically, Defendants, SKDH, are still awaiting responses and production of documents from Plaintiff in regards to their discovery requests, as well as information that is required to be disclosed pursuant to Fed Rule Civ Pro 26. Additionally, depositions in the matter are yet to be completed.

**IT IS SO STIPULATED.**

DATED: March 5, 2009           LAW OFFICE OF WILLIAM A. ROMAINE

                       By:   s/William Romaine
                             **WILLIAM A. ROMAINE, ESQ.**
                             Attorney for Plaintiff
                             ROBERT JABLONSKY, M.D.

DATED: March 5, 2009           DiCARO, COPPO & POPCKE

                       By:   s/Carlo Coppo
                             **CARLO COPPO, ESQ.**
                             MICHAEL R. POPCKE, ESQ.
                             LORI S. VARAICH, ESQ.
                             Attorneys for Defendants
                             SIERRA KINGS HEALTH CARE DISTRICT,
                             dba SIERRA KINGS DISTRICT HOSPITAL

## ORDER

IT IS SO ORDERED.

   Dated:   **March 9, 2009**           /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE