UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D., <br><br>Plaintiff, <br><br>v. <br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL; CARROLL FRIEND; KATHLEEN OMACHI, and BARRY WARMERDAM, <br><br>Defendants. | **NO. 1:06-CV-01299-AWI-GSA** <br><br>**ORDER TO FILE ALL PLEADINGS AND EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL** <br><br>Date: <br>Time: <br>Judge: Honorable Anthony W. Ishii <br>Dept.: 2 |

**ORDER**

Based upon defendant's ex parte motion to file all pleadings and exhibits in support of its Motion for Summary Judgment pursuant to FRCP, Rule 56, and good cause appearing, it is hereby ordered that all pleadings and exhibits in support of said Motion for Summary Judgment, be ordered filed under seal.

IT IS SO ORDERED.

**Dated:   May 22, 2009**        /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

1