IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, MD,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL, CARROLL FRIEND, KATHLEEN OMACHI, and BARRY WARMERDAM,<br><br>    Defendants. | CV F 06-1299 AWI GSA<br><br>ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM JULY 6, 2009, TO AUGUST 3, 2009 |

    The parties in this case have stipulated to a continuance of the date for hearing on Defendants' motion for summary judgment from July 6, 2009, to August 3, 2009.  Based on Plaintiff's objection filed on June 30, 2009, there appears to be no stipulation between the parties as to the status of any continuation of the deadline for submission of Plaintiff's opposition to Defendants motion for summary judgment.  The court will grant the stipulated motion for continuance.  Because there is no agreement as to the status of Plaintiff's opposition, and because no opposition has been filed as of this writing, the court reserves any determination of the status of Plaintiff's opposition for a later time.

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July
2  6, 2009, is VACATED, and no party shall appear at that time.  The hearing on Defendants'
3  motion for summary judgment originally set for July 6, 2009, shall be held on August 3, 2009, at
4  9:00 a.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:   July 1, 2009**                              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE