IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, MD,<br><br>          Plaintiff,<br><br>    v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL,<br><br>          Defendants | CV F 06-1299 AWI GSA<br><br>ORDER VACATING<br>PRETRIAL CONFERENCE<br>DATE OF AUGUST 12, 2009 |

    In this civil rights action pursuant to 42 U.S.C., section 1983 by plaintiff Dr. Robert Jablonsky, MD ("Plaintiff") against defendants Sierra Kings Healthcare District dba Sierra Kings District Hospital ("Defendant"), a pretrial conference has been scheduled for Wednesday, August 12, 2009. Currently before the court is Defendant's motion for summary judgment which was taken under submission as of August 3, 2009. Because the need for a pretrial conference, as well as the issues that may be before the court at such conference, are dependent to some extent on the court's disposition of Defendant's motion, the court will vacate the currently set date for the pretrial conference. The court will adjust the scheduling of further proceedings as the court's disposition of Defendant's motion for summary judgment may require.

Therefore, IT IS HEREBY ORDERED that the previously set pretrial conference that is currently set for August 12, 2009, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   **August 5, 2009**              **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

2