# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JABLONSKY, M.D., | ) | NO. 1:06-CV-01299 AWI GSA |
| Plaintiff, | ) | ORDER VACATING |
| | ) | JULY 11, 2011 HEARING DATE |
| v. | ) | AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| SIERRA KINGS HEALTH CARE, | ) | |
| Defendant. | ) | |

Plaintiff's motion to set aside judgment has been set for hearing in this case on July 11, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 11, 2011, is VACATED, and the parties shall not appear at that time. As of July 11, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE