Carlo Coppo, Esq./CSB No. 34426
Michael R. Popcke, Esq./CSB No. 122215
Andrew Osorno, Esq./CSB No. 204941
**DiCARO, COPPO & POPCKE**
2780 Gateway Road
Carlsbad, California 92009-1730
(760) 918-0500 (Telephone)
(760) 918-0008 (Facsimile)

Attorneys for Defendants SIERRA KINGS HEALTH CARE DISTRICT,
dba SIERRA KINGS DISTRICT HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JABLONSKY, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California public Hospital District dba SIERRA KINGS DISTRICT HOSPITAL,<br><br>Defendants. | NO.  1:06-CV-01299-AWI-GSA<br><br>**STIPULATION & ORDER TO UNSEAL DOCUMENTS AND INCLUDE IN THE CLERK'S RECORD**<br><br>**Judge:**  Hon. Anthony W. Ishii<br>**Magistrate Judge:**  Hon. Gary S. Austin<br>**Dept.:**  8<br>**Complaint Filed:**  September 11, 2006 |

IT IS HEREBY STIPULATED by and between the Plaintiff Robert Jablonsky, M.D. ("Dr. Jablonsky") through his attorney of record, William S. Romaine, and Defendants Sierra Kings Health Care District dba Sierra Kings District Hospital ("SKDH"), through their attorneys of record, DiCaro, Coppo & Popcke, as follows:

The Court is requested to Unseal the documents that were sealed in its orders of December 15, 2006 (Doc #12) and May 22, 2009 (Doc #65) and include said documents in the District Clerk's Record for transmission to the United States Court of Appeals for the Ninth Circuit in accordance with Rules 10 and 11 of Federal Rules of Appellate Procedure for use in  Case Number 11-16973,   Plaintiff's appeal of this Court's order of the July 15, 2011 granting Defendant's motion for Summary Judgment (Doc #116).

The parties hereto agree and stipulate that good cause exists for their request to Unseal the documents and include them as part of the Clerk's Record.  Specifically, the Parties agree that said documents were properly filed and before the Trial Court and are listed in the Court's Docket Sheet.  Further, the sealed documents are essential to the resolution of an issue on appeal.  However, because they are sealed, the documents are not currently part of the District Court Clerk's Record.  Additionally, the parties cannot obtain conformed copies of documents filed under seal for use and identification in their appellate briefs.

**IT IS SO STIPULATED.**

DATED:      December 7, 2012            LAW OFFICE OF WILLIAM A. ROMAINE

                                    By:   s/William Romaine
                                          **WILLIAM A. ROMAINE, ESQ.**
                                          Attorney for Plaintiff
                                          ROBERT JABLONSKY, M.D.

I certify that the content of this document is acceptable to all signatory counsel hereto, and that I have obtained authorization from counsel to affix their electronic signature to this document.

DATED:      December 7, 2012            DiCARO, COPPO & POPCKE

                                    By:   s/Carlo Coppo
                                          **CARLO COPPO, ESQ.**
                                          MICHAEL R. POPCKE, ESQ.
                                          ANDREW OSORNO, ESQ.
                                          Attorneys for Defendants
                                          SIERRA KINGS HEALTH CARE DISTRICT, dba SIERRA KINGS DISTRICT HOSPITAL

**ORDER**

IT IS SO ORDERED.

Dated:   December 11, 2012                          _____
                                                    UNITED STATES DISTRICT JUDGE